UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY, WARDEN,<br><br>    Respondent. | Case No.: 1:14-cv-01068-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO WITHDRAW CONSENT<br><br>[ECF No. 10] |

    Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 25, 2014.  Local Rule 302.

    On September 8, 2014, Petitioner filed a motion to withdraw his consent.  Petitioner seeks to withdraw his consent because the Court's July 25, 2014, order inadvertently referenced that Petitioner was proceeding with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, not § 2241.  Petitioner correctly notes that the typical filing by a state prisoner is a § 2254 petition, not a § 2241 petition as Petitioner has filed here.

    Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party."  28 U.S.C. § 636(c)(4); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993) ("There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a

1

magistrate judge.")  There is no absolute right to withdraw consent to proceedings before a Magistrate Judge.  Id.  The mere fact that the undersigned inadvertently referenced in a prior order denying appointment of counsel that Plaintiff was proceeding pursuant to § 2254, and not § 2241, does not provide good cause to withdraw consent.  The mistake is no changes the Court's analysis and ruling in the prior order denying Plaintiff appointment of counsel.  Plaintiff's disagreement with a reasonable court ruling does not constitute good cause nor an extraordinary circumstance for withdrawing consent to the jurisdiction of the magistrate judge.  Montano v. Solomon, No. 1:07-cv-0800 KJN P, 2010 WL 2403389, *2 (E.D. Cal.).

       Accordingly, Plaintiff's motion to withdraw his consent is DENIED.

IT IS SO ORDERED.

Dated: __September 12, 2014__

UNITED STATES MAGISTRATE JUDGE

2