# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVE DAVEY,<br><br>　　　　Respondent. | Case No. 1:14-cv-01068-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT<br><br>(ECF No. 1) |

　　　　Petitioner filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. A review of the Court's dockets and files shows Petitioner has previously sought habeas relief with respect to his conviction in Phillips v. Chappell, Case no. 1:92-cv-05167-AWI. On June 11, 2013, upon remand from the Ninth Circuit, this Court granted, in part, Petitioner's application for writ of habeas corpus, vacated the special circumstance finding and death sentence imposed on Petitioner, and ordered the State of California to re-sentence Petitioner to a penalty other than death and life without parole, unless proceedings to grant him a new trial on the special circumstances were initiated within 90 days from the date of that order. (1:92-cv-05167-AWI ECF No. 353).

　　　　On July 16, 2014, Petitioner filed a letter in the instant petition in light of the filing by the District Attorney at the trial court. (ECF No. 6 at 1). Petitioner attached a copy of the notice of the People's intention to not seek capital punishment, signed by District Attorney Michael R.

1

Keitz, and dated June 30, 2014. (ECF No. 6 at 4). The People's notice states that "the People do not intend to seek capital punishment for defendant Richard Louis Arnold Phillips." (ECF No. 6 at 4). However, there is no mention of whether the People still seek to retry Petitioner on the special circumstances and seek life without parole.

Accordingly, Respondent will be directed to provide a status in this case and advise the Court whether a trial on the special circumstances has been conducted or scheduled, and it so, provide proof of said trial.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to provide a status report regarding Petitioner along within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 15, 2014**

UNITED STATES MAGISTRATE JUDGE

2