# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>    Respondent. | Case No. 1:14-cv-01068-SAB-HC<br><br>ORDER ON PETITIONER'S MOTION TO STAY STATE COURT PROCEEDINGS<br><br>(ECF No. 12) |

Petitioner filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 14, 2014, Petitioner filed the instant motion to stay the pending state court proceedings until the adjudication of his federal habeas petition.

In order to obtain a preliminary injunction, the moving party "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." Winter v. NRDC, 555 U.S. 7, 20 (2008). The Supreme Court has repeatedly recognized that injunctive relief is "an extraordinary and drastic remedy, one that should not be granted unless the movant by a clear showing, carries the burden of persuasion." Mazurek v. Armstrong, 520 U.S. 968, 972 (1997). A preliminary injunction should "be granted if the [party requesting relief] has raised questions going to the merits so serious, substantial, difficult and doubtful, as to make them fair ground for litigation and thus for more deliberate investigation."

1  Direx Israel, Ltd. v. Breakthrough Medical Corp., 952 F.2d 802, 813 (4th Cir.1991).

2        Petitioner alleges that both of his claims in the instant federal habeas petition require adjudication on the merits, which "cannot occur in the time remaining before the scheduled trial." (ECF No. 12). Petitioner provides no support for his argument that his retrial cannot proceed until the conclusion of his federal habeas petition. Petitioner has failed to show that he will suffer prejudice if his federal habeas petition does not conclude before his retrial, as his federal habeas petition only challenges his location in a state prison. Furthermore, Petitioner fails to identify how his location in a state prison will affect his retrial.

      Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to stay the state court proceedings is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2014**

UNITED STATES MAGISTRATE JUDGE