# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY,<br><br>　　　　Respondent. | 1:14-cv-01068-LJO-SAB-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION TO EXPEDITE RULING<br><br>(ECF No. 38) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 29, 2015, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. (ECF No. 38). On June 10, 2015, the Court issued a findings and recommendation in this matter. (ECF No. 39). Therefore, Petitioner's motion to expedite is moot.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **June 12, 2015**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE