# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PHILLIPS,<br><br>    Petitioner,<br><br>v.<br><br>DAVE DAVEY,<br><br>    Respondent. | 1:14-cv-01068-LJO-SAB-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE<br>(ECF No. 38) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 29, 2015, Petitioner filed a motion to expedite proceedings in the pending petition for writ of habeas corpus. (ECF No. 38).

    The Court notes that it does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. On June 10, 2015, the Court issued a findings and recommendation in this matter. (ECF No. 39). The findings and recommendation contained notice that the parties may file objections within thirty days of service and that replies to objections shall be served and filed within fourteen days after service of the objections. (ECF No. 39). The assigned District Judge will then review the Magistrate Judge's findings and recommendation pursuant to 28 U.S.C. § 636 (b)(1)(c) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The Court notes that

the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.  Therefore, Petitioner's motion to expedite must be denied.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite the pending petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED.

Dated:   **June 15, 2015**

UNITED STATES MAGISTRATE JUDGE