# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>    Petitioner,<br><br>      v.<br><br>DAVE DAVEY,<br><br>    Respondent. | Case No.  1:14-cv-01068-LJO-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR RECONSIDERATION |

Petitioner is proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.[1] On June 10, 2015, the undersigned issued a findings and recommendation for the petition and Petitioner's motion to stay the state court proceedings.  (ECF No. 39).  Petitioner filed objections to the findings and recommendation and Respondent filed a reply to the objections.  (ECF Nos. 46, 47).  On August 25, 2015, the Court adopted the findings and recommendation, denied the petition for writ of habeas corpus, dismissed without prejudice the claim about pro per privileges, denied Petitioner's motions for a stay of the state court proceedings, and denied Petitioner's request for a certificate of appealability.  (ECF No. 48).  On September 8, 2015, Petitioner filed a motion for reconsideration of the Court's August 25, 2015 order pursuant to Rule 59(b) of the Federal Rules of Civil Procedure, and cited Harrison v. Gillespie, 640 F.3d 888 (9th Cir. 2011),

---

[1] Petitioner argues that this action is actually a pre-trial habeas petition pursuant to 28 U.S.C. § 2241.

to support his argument.  (ECF No. 50).  Alternatively, Petitioner requests that the Court issue a certificate of appealability for his claims.

Accordingly, IT IS HEREBY ORDERED that **Respondent shall file a response** to Petitioner's motion for reconsideration of the Court's August 25, 2015 order, including whether Harrison v. Gillespie, 640 F.3d 888 (9th Cir. 2011), applies to this case, within **thirty (30)** days of the date of service of this order.  **Petitioner may file a reply** to Respondent's response within **twenty-one (21) days** of the date of service of Respondent's response.

IT IS SO ORDERED.

Dated:   **September 10, 2015**                **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE